UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JASON BEARD,**

    *Plaintiff*,

**v.**                                            **Case No.: 8:24-cv-00068-KKM-CPT**

**EXPERIAN INFORMATION
SOLUTIONS, INC.**

    *Defendant*.
_____/

**NOTICE OF SETTLEMENT**

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that the Parties have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss this case with prejudice.

Respectfully submitted on April 5, 2024.

                                                          /s/ *Bryan J. Geiger*
                                                          Bryan J. Geiger
                                                          Florida Bar Number: 119168
                                                          Seraph Legal, P. A.
                                                          2124 W Kennedy Blvd., Suite A
                                                          Tampa, FL 33606
                                                          (813) 321-2348
                                                          BGeiger@SeraphLegal.com
                                                          *Counsel for Plaintiff*